13 So.3d 536 (2009)
Karen S. WARSHAW, Appellant,
v.
Donald H. WARSHAW, et al., Appellees.
No. 3D09-357.
District Court of Appeal of Florida, Third District.
July 1, 2009.
Karen S. Warshaw, in proper person.
Lash & Goldberg and Martin B. Goldberg and Michael L. Ehren, Miami, for appellee, Donald H. Warshaw.
Before SUAREZ and LAGOA, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Fla. R. Civ. Pro. 1.540(b)(3). See also Moss-Jacober v. Moss, 334 So.2d 89 (Fla. 3d DCA 1976).